**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JACK DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06CV01185 (TG)(GK)(HK) |
| | ) | |
| v. | ) | Three-judge Court |
| | ) | |
| FEDERAL ELECTION COMMISSION, | ) | JOINT REPORT REGARDING |
| | ) | FURTHER PROCEEDINGS |
| Defendant. | ) | |

**JOINT REPORT REGARDING FURTHER PROCEEDINGS**

Plaintiff Jack Davis and defendant Federal Election Commission (Commission) hereby file their joint report regarding further proceedings as requested by the three-judge panel's Order of September 16, 2008. The parties do not believe any further action is required by this Court, except to dismiss the case, because plaintiff Jack Davis has obtained the relief sought from the United States Supreme Court's decision of June 26, 2008. *Davis v. FEC*, 554 U.S. ___, No. 07-320 (June 26, 2008).

In this case, Jack Davis brought a facial challenge to section 319 of the Bipartisan Campaign Reform Act (BCRA), 2 U.S.C. § 441a-1, known as the "Millionaires' Amendment," on First Amendment and equal protection grounds. Davis requested that the Court find section 319 unconstitutional and that the Commission be prevented from enforcing its provisions. The Supreme Court's decision of June 26, 2008, provided Davis with this relief. After the decision, the Commission voted to take no further action and dismiss the pending administrative enforcement action against Davis for alleged reporting violations of the Millionaires' Amendment. Moreover, on July 25, 2008, the Commission issued a public statement providing

guidance following the *Davis* decision.  See *Federal Election Commission's Public Statement on the Supreme Court Decision in* Davis v. FEC (Exhibit A).  The Commission made clear that it will no longer enforce the Amendment and that as of June 26, 2008, the Amendment's disclosure requirements need not be followed.  *Id.*  The Commission also stated that in pending FEC matters, it "will no longer pursue claims solely involving violations of the Amendment."  *Id*.  Finally, Davis is no longer a federal candidate in an ongoing election as he was unsuccessful in his primary, held on September 9, 2008.  Therefore, there is no need for this Court to take any further action to enjoin the Commission from enforcing the Millionaires' Amendment against Davis.

Based upon the foregoing, the parties do not believe this Court should take any further actions in this matter.

Respectfully submitted,

/s/
Thomasenia P. Duncan (DC Bar #424222)
General Counsel

/s/
David Kolker (DC Bar #394558)
Associate General Counsel

/s/
Harry J. Summers
Assistant General Counsel

/s/
Claire N. Rajan
Attorney

FOR THE DEFENDANT
FEDERAL ELECTION COMMISSION
999 E Street, NW
Washington, D.C. 20463
(202) 694-1650
(202) 219-0260 (fax)

2

3

                                                /s/
                         Andrew D. Herman (DC Bar # 462334)
                         Brand Law Group

                         FOR THE PLAINTIFF
                         JACK DAVIS
                         923 15th Street. NW
                         Washington, D.C. 20005
                         (202) 662-9700
                         (202) 737-7565 (fax)

September 22, 2008